# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mashburn, Randal S. | Bankruptcy Court - Middle District - Tennessee | 05/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge (Full-Time) | ☐ Nomination Date <br> ☐ Initial ✔ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

220 Customs House
701 Broadway
Nashville, TN 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mashburn, Randal S.** | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mashburn, Randal S.** | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mashburn, Randal S.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  BANK ACCOUNTS (H) -- Lines 2-10 | | | | | | | | | |
| 2.  - Bank of America (Accounts/CDs) | A | Interest | M | T | | | | | |
| 3.  - FirstBank (formerly Franklin Synerby Bank) (Accounts/CDs) | D | Interest | M | T | | | | | |
| 4.  - Reliant Bank (Accounts/CDs) | D | Interest | N | T | | | | | |
| 5.  - Pinnacle National Bank (Accounts/CDs) | B | Interest | L | T | | | | | |
| 6.  - Fifth Third Bank (Accounts/CDs) | B | Interest | M | T | | | | | |
| 7.  - Insbank (Accounts/CDs) | D | Interest | O | T | | | | | |
| 8.  - Legends Bank (Accounts/CDs) | C | Interest | | | Closed | 09/08/20 | M | | |
| 9.  - First Citizens National Bank (Account) | A | Interest | K | T | | | | | |
| 10.  - UBS CD | B | Interest | | | Closed | 04/13/20 | L | | |
| 11.  BROKERAGE ACCT (H) -- Items 12 to 53 below | | | | | | | | | |
| 12.  - America Movil S.A.B. De C.V. (Common Stock) | A | Dividend | J | T | | | | | |
| 13.  - Anheuser Busch InBev Spon ADR (Common Stock) | | None | | | Sold | 04/13/20 | J | A | |
| 14.  - Apple Inc. (Common Stock) | A | Dividend | L | T | | | | | |
| 15.  - Bristol Myers Sqiobb Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 16.  - Duke Energy Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 17.  - EOG Resources Inc. (Common Stock) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mashburn, Randal S.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Exxon Mobil Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 19. - Genuine Parts Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 20. - Home Depo Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 21. - Merck & Co. Inc. New Com (Common Stock) | A | Dividend | J | T | | | | | |
| 22. - Microsoft Corp. (Common Stock) | A | Dividend | L | T | | | | | |
| 23. - Nextera Energy Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 24. - Pepsico Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 25. - Pfizer Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 26. - Viatris Inc. (Spin Off from Pfizer, Inc.) (Common Stock) | | None | J | T | Spinoff (from line 25) | 11/17/20 | J | | |
| 27. - Walmart de Mexico S.A.B. de CV (Common Stock) | A | Dividend | J | T | | | | | |
| 28. - Walt Disney Co. (Common Stock | | None | K | T | Buy | 04/15/20 | K | | |
| 29. - W.P. Carey Inc. REIT (Common Stock) | B | Dividend | K | T | Buy (add'l) | 09/23/20 | K | | |
| 30. - W.P. Carey Inc. REIT (Common Stock) | | | | | Sold (part) | 10/28/20 | K | A | |
| 31. - Alger Spectra Fund Class C (Mutual Fund) | E | Dividend | M | T | | | | | |
| 32. - American Funds Euro Pacific Growth Fun (Mutual Fund) | A | Dividend | L | T | | | | | |
| 33. - FT-Franklin Federal Fund (Mutual Fund) | B | Dividend | L | T | Sold (part) | 04/24/20 | J | A | |
| 34. - John Hancock Preferred Income Fund | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Nuveen PFD & Income Sec. Fund | B | Dividend | K | T | | | | | |
| 36. - Vertus Global Multi Sector (Common Stock) | B | Dividend | J | T | | | | | |
| 37. - Chattanooga TN Electic System (Govt. Bonds) | B | Interest | K | T | Buy | 04/13/20 | K | | |
| 38. - Metro Govt. Nashville/Davidson Bonds #1 (Govt. Bonds) | B | Interest | L | T | | | | | |
| 39. - Metro Govt. Nashville/Davidson Bonds #2 (Govt. Bonds) | B | Interest | K | T | | | | | |
| 40. - Hamilton County Tenn. Bonds (Govt. Bonds) | B | Interest | | | Matured | 10/26/20 | K | A | |
| 41. - New York Municipal Water Fin. Auth. (Govt. Bonds) | B | Interest | | | Matured | 12/15/20 | K | A | |
| 42. - Tennessee State Bonds (Govt. Bonds) | B | Interest | L | T | | | | | |
| 43. - Tennessee State School Board Authority (Govt. Bonds) | A | Interest | K | T | Buy | 09/23/20 | K | | |
| 44. - Memphis Airport Bonds (Govt. Bonds) | B | Interest | | | Matured | 09/18/20 | K | A | |
| 45. - Metro Govt. Nashville/Davidson Bonds #4 (Govt. Bonds) | B | Interest | K | T | | | | | |
| 46. - Loudon County Tenn. Bonds (Govt. Bonds) | A | Interest | | | Matured | 06/01/20 | K | A | |
| 47. - Southern Company Bonds | B | Interest | | | Redeemed | 10/20/20 | K | A | |
| 48. - Metro Govt. Nashville/Davidson Bonds #5 (Govt. Bonds) | B | Interest | L | T | | | | | |
| 49. - Metro Govt. Nashville/Davidson Bonds #6 (Govt. Bonds) | B | Interest | L | T | | | | | |
| 50. - Metro Govt. Nashville/Davidson Bonds #7 (Govt. Bonds) | A | Interest | K | T | | | | | |
| 51. - Metro Govt. Nashville/Davidson Bonds #8 (Govt. Bonds) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mashburn, Randal S.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - White House Utility District Bonds (Govt. Bonds) | A | Interest | K | T | | | | | |
| 53. - UBS Money Market Account | A | Interest | J | T | | | | | |
| 54. ROTH IRA (H) #1 -- Lines 55-67 | | | | | | | | | |
| 55. - Nationwide Dest. All Am Gold Annuity (Variable) (%s on lines 56-57) | | None | M | T | | | | | |
| 56. -- NW AMFDS NVIT AsstAlloc. II -- 50% | | | | | | | | | |
| 57. -- NW NVIT Inv. Dest. Mod II - 50% | | | | | | | | | |
| 58. - Ohio National Oncore Value Annuity (Variable) (%s on lines 59-66) | | None | L | T | | | | | |
| 59. -- Ohio National Bond Portfolio - 15% | | | | | | | | | |
| 60. -- Janus Henderson Overseas VIT - 5% | | | | | | | | | |
| 61. -- JPMorgan Mid Cap Value Fund - 10% | | | | | | | | | |
| 62. -- PIMCO Total Return Fund - 15% | | | | | | | | | |
| 63. -- Ivy Science & Technology Fund - 5% | | | | | | | | | |
| 64. -- Janus Henderson Low Volitility VIT - 25% | | | | | | | | | |
| 65. -- Janus Henderson Balanced VIT - 20% | | | | | | | | | |
| 66. -- Janus Henderson Venture Portfolio - 5% | | | | | | | | | |
| 67. - First Eagle Global Fund (Mutual Fund) | A | Dividend | L | T | | | | | |
| 68. ROTH IRA (H) #2 -- Lines 69-86 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mashburn, Randal S.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Genworth Retireready Annuity (Variable) (%s shown lines 70-71) | | None | M | T | | | | | |
| 70. -- Blk Global Allocation V.I -- 50% | | | | | | | | | |
| 71. -- SSG Total Return - Class 3 - 50% | | | | | | | | | |
| 72. - Nationwide Dest. All Am Gold Annuity (Variable) (%s on lines 73-74) | | None | M | T | | | | | |
| 73. -- NW AMFDS NVIT AsstAlloc. II -- 50% | | | | | | | | | |
| 74. -- NW NVIT Inv. Dest. Mod II - 50% | | | | | | | | | |
| 75. - Ohio National Oncore Value Annuity (Variable) (%s on lines 76-83) | | None | M | T | | | | | |
| 76. -- Ohio National Bond Portfolio - 15% | | | | | | | | | |
| 77. -- Janus Henderson Overseas VIT - 5% | | | | | | | | | |
| 78. -- JPMorgan Mid Cap Value Fund - 10% | | | | | | | | | |
| 79. -- PIMCO Total Return Fund - 15% | | | | | | | | | |
| 80. -- Ivy Science & Technology Fund - 5% | | | | | | | | | |
| 81. -- Janus Henderson Low Volitility VIT - 25% | | | | | | | | | |
| 82. -- Janus Henderson Balanced VIT - 20% | | | | | | | | | |
| 83. -- Janus Henderson Venture Portfolio - 5% | | | | | | | | | |
| 84. - First Eagle Global Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 85. - American Funds New Perspective (Mutual Fund) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mashburn, Randal S.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. - UBS Bank Deposit Account | A | Interest | J | T | | | | | |
| 87. 529 COLLEGE FUND #1(H) -- Lines 88-91 | | | | | | | | | |
| 88. - American Funds: Growth Fund of America | A | Dividend | K | T | | | | | |
| 89. - American Funds: Bond Fund of America | A | Dividend | J | T | | | | | |
| 90. - American Funds: American Balanced Fund | A | Dividend | K | T | | | | | |
| 91. - American Funds: Capital Income Builder Fund | A | Dividend | J | T | | | | | |
| 92. NORTHWESTERN BROKERAGE ACCT (H) Lines 93-97 | | | | | | | | | |
| 93. - Northwestern Mutual Single Premium Whole Life Insurance Policy | B | Dividend | M | T | | | | | |
| 94. - Northwestern Mutual General Money Market Fund Cl B | B | Int./Div. | J | T | | | | | |
| 95. - EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 96. - Tax-Exempt Bond Fund of America | A | Dividend | J | T | | | | | |
| 97. - Vanguard Index Funds | A | Dividend | K | T | | | | | |
| 98. IRA #1 -- UBS (prior 401k) (H) -- Lines 99-117 | | | | | | | | | |
| 99. - Pace Money Market Investment Fund | B | Dividend | J | T | | | | | |
| 100. - Alger Spectra Fund Class A | D | Dividend | L | T | | | | | |
| 101. - Delaware Value Fund | B | Dividend | L | T | | | | | |
| 102. - Delaware Small Cap Core I Fund | A | Dividend | K | T | Buy | 09/23/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - First Eagle Overseas Fund Class A | A | Dividend | L | T | | | | | |
| 104. - Lord Abbett Convertible Fund Class F | D | Dividend | K | T | Buy | 09/23/20 | K | | |
| 105. - Loomis Sayles Bond Fund Class Retail | D | Dividend | K | T | | | | | |
| 106. - Invesco Oppenheimer Intl Bond Fund f/k/a Oppenheimer Intl Bond Fund | A | Dividend | | | Sold | 09/24/20 | K | A | |
| 107. - Principal Preferred Securities Fund | B | Dividend | K | T | | | | | |
| 108. - Virtus Allianzgi Water Fund (formerly Allianzgi Global Water Fund) | A | Dividend | K | T | Buy (add'l) | 04/13/20 | J | | |
| 109. - Diamond Hill Small Mid Cap Fund Class I | | None | | | Sold | 09/24/20 | K | A | |
| 110. - RMB Mendon Fin. Serv. Fund Class A | | None | | | Sold | 04/13/20 | K | A | |
| 111. - Gabelli Gold Fund | A | Dividend | K | T | | | | | |
| 112. - Loomis Sayles Global Allocation Fund | B | Dividend | M | T | Sold (part) | 04/13/20 | J | A | |
| 113. - TCW Emerging Market Income Fund | B | Dividend | K | T | | | | | |
| 114. - Victory Trivalent International Small Cap Fund | A | Dividend | K | T | | | | | |
| 115. - Alpha Centric Income Opportunities Fund Class I | C | Dividend | L | T | Buy (add'l) | 04/13/20 | J | | |
| 116. - Vanguard Industrials Index Fund Admiral | A | Dividend | L | T | Buy (add'l) | 04/14/20 | J | | |
| 117. - Franklin Custodian Utilities Fund | C | Dividend | L | T | Buy | 04/14/20 | J | | |
| 118. IRA #2 -- UBS (prior 401k) (H) -- Lines 119-137 | | | | | | | | | |
| 119. - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mashburn, Randal S.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Altria Group, inc Bonds | A | Interest | K | T | Buy | 09/23/20 | K | | |
| 121.  - Berkshire Hathaway Inc New CL B (Common Stock) | | None | M | T | Buy (add'l) | 04/13/20 | J | | |
| 122.  - ConocoPhillips B/E Bonds | | None | | | Redeemed | 08/03/20 | K | A | |
| 123.  - Duke Energy Carolina Bonds | A | Interest | | | Redeemed | 06/15/20 | K | A | |
| 124.  - Coca Cola Co. Com NTS B/E Bonds | A | Interest | | | Redeemed | 11/16/20 | K | A | |
| 125.  - Anheuser-Busch Invev WDR Bonds | A | Interest | | | Redeemed | 08/12/20 | J | A | |
| 126.  - Verizon Communications Bonds | B | Interest | K | T | | | | | |
| 127.  - CVS Health Corp. | A | Interest | K | T | | | | | |
| 128.  - Eaton Vance Senior Income Trust | A | Dividend | J | T | | | | | |
| 129.  - Kroger Company Bonds | A | Interest | K | T | | | | | |
| 130.  - Campbell Soup Company Bonds | A | Interest | K | T | | | | | |
| 131.  - Dr. Pepper Snapple Group Bonds | A | Interest | K | T | | | | | |
| 132.  - Heinz (HJ) Company Bonds | B | Interest | K | T | | | | | |
| 133.  - Kraft Heinz Foods Company Bonds | B | Interest | K | T | | | | | |
| 134.  - Norfolk Southern Bonds | A | Interest | J | T | Buy | 11/17/20 | J | | |
| 135.  - Sysco Corp. Bonds | A | Interest | K | T | Buy | 04/13/20 | K | | |
| 136.  - Tennessee State School Revenue Bonds | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mashburn, Randal S.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.   - Capital One CD | A | Interest | K | T | | | | | |
| 138.  OTHER MISC. INVESTMENTS (H) Line 139 | | | | | | | | | |
| 139.   - Maury County TN Farm | D | Rent | O | W | | | | | |
| 140. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Mashburn, Randal S.** | 05/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Regarding lines 55 thru 66 and lines 69 thru 83: As requested by the Committee in a prior year, information is provided on these lines regarding the investment components of the annuities in the two Roth IRA accounts. Filer is reporting this information in the same format as was reported in the financial disclosures in 2016, 2017, 2018 & 2019. The end-of-year reporting received from the brokerage firm by the filer reflects the gross values of each annuity -- not the individual amounts attributable to any particular investment (and the filer does not control these investment decisions). The information available to filer includes the percentages attributable to each investment vehicle in each annuity, so those percentages are shown in the financial disclosure. Therefore the component investments and respective percentages have been reported on the lines immediately below each annuity to reflect the makeup of the investments in each annuity. The lines under columns B and C have been left blank for the investment components of the annuity, while the lines next to the overall annuity have been filled in with the appropriate cumulative information about the respective annuity's value, etc. based on the year-end information provided to the filer. It should also be noted that the filer does not receive information about how individual investment vehicles in the annuities perform, and the ultimate value of the annuities is tied to contractual death benefits, lifetime annuity payments, surrender value and other factors rather than simply the performance of specific investment components. Since no dividends are made to filer, and since the information available to filer is primarily tied to the increase or decrease in overall value of the policies and the makeup of the investments, Column B-1 next to each annuity has been left blank, and Column B-2 has been marked None.

Note 2: Line 3 reflects the fact that FirstBank acquired Franklin Synergy Bank, so there has been a name change on the account.

Note 3: Line 108 reflects a name change from Allianzgi Global Water Fund to Virtus Allianzgi Water Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Randal S. Mashburn**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544